## D'AMICO *v.* BALTIMORE & OHIO RAILROAD CO.

No. 1028. Decided April 10, 1967.

Appellant *pro se.*

*Sydney R. Prince, Jr.,* for appellee.

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted. The motion to dismiss is also granted and the appeal is dismissed for want of jurisdiction.